[PURSUANT TO LOCAL RULE 3-4(a)(1), NAMES AND ADDRESSES OF COUNSEL AND NAMES OF PARTIES APPEAR ON SIGNATURE PAGE]

**FILED**
DEC 27 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUJITSU COMPUTER SYSTEMS CORPORATION; FUJITSU LIMITED; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.; FUJITSU MICROELECTRONICS AMERICA, INC.; FUJITSU GENERAL AMERICA, INC.; FUJITSU TEN CORPORATION OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOT SCIENTIFIC CORPORATION; TECHNOLOGY PROPERTIES LIMITED, INC.; CHARLES H. MOORE,<br><br>Defendants. | Case No. C 05-4837 MJJ<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

    Plaintiffs Fujitsu Computer Systems Corporation, Fujitsu Limited; Fujitsu Computer Products of America, Inc., Fujitsu Microelectronics America, Inc., Fujitsu General America, Inc., Fujitsu Ten Corporation Of America and defendants Patriot Scientific Corporation, Charles H. Moore, and Technology Properties Limited Inc. (collectively "defendants") hereby stipulate to extend time to and including January 4, 2006, for defendants to file their answers or otherwise respond to plaintiffs' complaint.

    In accordance with Civil L.R. 6-1(a), this extension will not alter the date of any event or deadline already fixed by Court order.

1  IT IS SO STIPULATED.

2  DATED: December 20, 2005

3

4                                              MORRISON & FOERSTER LLP

5
   By: /s/Harold J. McElhinny
6       Harold J. McElhinny (State Bar No. 66781)
        Alison M. Tucher (State Bar No. 171363)
7       425 Market Street
        San Francisco, California 94105-2482
8       Tel:   (415) 268-7000
        Fax:   (415) 268-7522
9       Email: hmcelhinny@mofo.com

10      Alan Cope Johnston (State Bar No. 66334)
        AIG Building, 11th Floor
11      1-3, Marunouchi 1-Chome
        Tokyo, Chiyoda-ku 100-0005
12      Japan
        Tel:   +81-3-3214-6522
13      Fax:   +81-3-3214-6512
        Email: acjohnston@mofo.com
14

15  *Attorneys for Plaintiffs Fujitsu Computer Systems
    Corporation; Fujitsu Limited; Fujitsu Computer
16  Products of America, Inc.; Fujitsu Microelectronics
    America, Inc.; Fujitsu General America, Inc.;
17  Fujitsu Ten Corporation Of America*

18
    TOWNSEND AND TOWNSEND AND CREW LLP
19

20  By: /s/Eric P. Jacobs
21      Roger L. Cook (State Bar No. 55208)
        Eric P. Jacobs (State Bar No. 88413)
22      Iris Sockel Mitrakos (State Bar No. 190162)
        Two Embarcadero Center, 8th Floor
23      San Francisco, California 94111
        Tel:   (415) 576-0200
24      Fax:   (415) 576-0300
        Email: rlcook@townsend.com
25             epjacobs@townsend.com
               ismitrakos@townsend.com
26  *Attorneys for Defendant Technology Properties
    Limited Inc.*
27

28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C 05-4837 MJJ                                                      2

HENNEMAN & SAUNDERS

By: /s/F. Eric Saunders
    F. Eric Saunders (State Bar No. 87686)
    3081 Ponderosa Road
    P.O. Box 2215
    Arnold, CA 95223
    Tel:  (209) 795-6650
    Fax:  (209) 795-6659
    Email: ferics@sbuc.net
*Attorneys for Defendant Charles H. Moore*

POST KIRBY NOONAN & SWEAT LLP

By: /s/Charles Hoge
    Charles Hoge (State Bar No. 110696)
    600 West Broadway, Suite 1100
    San Diego, CA 92101
    Tel:  619-231-8666
    Email: hoge@pkns.com
*Attorneys for Defendant Patriot Scientific Corporation*

**IT IS SO ORDERED**

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
12/27/2005
DATE

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C 05-4837 MJJ

3

**GENERAL ORDER 45 ATTESTATION**

I, Eric P. Jacobs, am the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Harold J. McElhinny, F. Eric Saunders and Charles Hoge have concurred in this filing.

/s/*Eric P. Jacobs*
Eric P. Jacobs

60662593 v1