[PURSUANT TO LOCAL RULE 3-4(a)(1),
NAMES AND ADDRESSES OF COUNSEL AND
NAMES OF PARTIES APPEAR ON
SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUJITSU COMPUTER SYSTEMS CORPORATION; FUJITSU LIMITED; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.; FUJITSU MICROELECTRONICS AMERICA, INC.; FUJITSU GENERAL AMERICA, INC.; FUJITSU TEN CORPORATION OF AMERICA, | Case No. C05 4837 MJJ |
| Plaintiffs, | **STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND [PROPOSED] ORDER THEREON** |
| v. | Date: February 14, 2006 |
| TECHNOLOGY PROPERTIES LIMITED, INC., CHARLES H. MOORE, and PATRIOT SCIENTIFIC CORPORATION, | Time: 9:30 a.m. |
| Defendants. | Dept: Judge Jenkins |

1.   On January 4, 2006, defendants Patriot Scientific Corporation, Technology Properties Limited, Inc., and Charles H. Moore filed a motion to dismiss, stay or transfer this action.  That motion is currently set for hearing on February 14, 2006.  On February 9, 2006, the Court issued an order relating this case to four other cases now pending in this jurisdiction: Case Nos. C05-4838 MHP, C05-04844 CRB, C05-04845 CW, and C05-04847 WHA (collectively, "the Related Cases"). Defendants previously filed similar motions to dismiss, stay, or transfer in these four other actions. All five motions in the Related Cases involve substantially the same issues.  The parties hereto believe that it is in the best interest of judicial economy to have all five motions heard on the same day.

2.   Accordingly, plaintiffs Fujitsu Computer Systems Corporation, Fujitsu Limited, Fujitsu Computer Products of America, Inc., Fujitsu Microelectronics America, Inc., Fujitsu General America, Inc., and Fujitsu Ten Corporation of America (collectively, "Fujitsu") and defendants submit this joint stipulation, requesting that the Court continue the February 14, 2006, hearing on defendants' motion until a date when defendants' pending motions to dismiss in the Related Cases can be heard at the same time.

DATED:  February 10, 2006                     Respectfully submitted,

                                              TOWNSEND and TOWNSEND and CREW LLP


                                              By:     /s/ Roger L. Cook
                                                   Roger L. Cook (State Bar No. 55208)
                                                   Eric P. Jacobs (State Bar No. 88413)
                                                   Iris Sockel Mitrakos (State Bar No. 190162)
                                                   Two Embarcadero Center, 8th Floor
                                                   San Francisco, California  94111
                                                   Tel:    (415) 576-0200
                                                   Fax:    (415) 576-0300
                                                   Email:  rlcook@townsend.com
                                                           epjacobs@townsend.com
                                                           ismitrakos@townsend.com

                                              *Attorneys for Defendants Technology Properties Ltd. and Daniel E. Leckrone*

HENNEMAN & SAUNDERS


By:  /s/ F. Eric Saundersr
    F. Eric Saunders
    Henneman & Saunders
    3081 Ponderosa Road
    P.O. Box 2215
    Arnold, CA  952123
    Tel:  (209) 795-6650
    Fax: (209) 795-6695
    Email:  ferics@sbuc.net

*Attorneys for Defendant Charles H. Moore*

POST KIRBY NOONAN & SWEAT LLP


By:  /s/ Charles Hoge
    Charles Hoge
    Post Kirby Noonan & Sweat LLP
    600 West Broadway, Suite 1100
    San Diego, CA  92101
    Tel:  (619) 231-8666
    Email:  hoge@pkns.com

*Attorneys for Defendant Patriot Scientific Corporation*

MORRISON & FOERSTER LLP


By:  /s/ Alison M. Tucher
    Harold J. McElhinny (State Bar No. 66781)
    Alison M. Tucher (State Bar No. 171363)
    Morrison & Foerster LLP
    425 Market Street
    San Francisco, CA 94105
    Tel:  (415) 268-7500
    Fax: (415) 268-7522
    Email:  hmcelhinny@mofo.com
    Email:  atucher@mofo.com

*Attorneys for Plaintiffs Fujitsu Computer Systems*
*Corporation; Fujitsu Limited; Fujitsu Computer Products*
*Of America, Inc.; Fujitsu Microelectronics America, Inc.;*
*Fujitsu General America, Inc.; Fujitsu Ten Corporation*
*Of America*

**O R D E R**

The Court having considered the foregoing stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing on defendants' motion to dismiss, stay, or transfer
                                                    to February 28, 2006 at 9:30 a.m.
this action shall be continued from February 14, 2006, ~~to such time as defendants' motions in the~~

~~Related Cases can be heard together. The Clerk shall give notice of the hearing of these motions.~~

DATED: 2/13/2006 _____

_____
Martin J. Jenkins
United States District Court Judge

**GENERAL ORDER 45 ATTESTATION**

I, Roger L. Cook, am the ECF user whose ID and password are being used to file this **STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND [PROPOSED] ORDER THEREON**.  In compliance with General Order 45, X.B., I hereby attest that F. Eric Saunders, Charles Hoge and Alison M. Tucher have concurred in this filing.

_____/s/ Roger L. Cook_____

60700710 v1