1  [NAMES AND ADDRESSES OF COUNSEL
2  APPEAR ON THE SIGNATURE PAGES]

**FILED**

E-filing

FEB 2 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUJITSU COMPUTER SYSTEMS CORPORATION; FUJITSU LIMITED; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.; FUJITSU MICROELECTRONICS AMERICA, INC.; FUJITSU GENERAL AMERICA, INC.; FUJITSU TEN CORPORATION OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOT SCIENTIFIC CORPORATION; TECHNOLOGY PROPERTIES LIMITED, INC.; CHARLES H. MOORE,<br><br>Defendants. | Case No. C 05 4837 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS, TRANSFER OR STAY**<br><br>Current date:  February 28, 2006<br>Current time:  9:30 a.m.<br><br>The Honorable Martin J. Jenkins |
| TOSHIBA AMERICA, INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.; AND TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOT SCIENTIFIC CORPORATION, | Case No. C 05 4838 MJJ<br>(Related to 05-4837) |

STIPULATION RE MOTION TO DISMISS
WASH_1506968.4

| | |
|---|---|
| 1  CHARLES H. MOORE, and TECHNOLOGY PROPERTIES LTD. | |
| 2 | |
| 3  Defendants. | |
| 4  PANASONIC CORPORATION OF NORTH AMERICA (formerly known as MATSUSHITA ELECTRIC CORPORATION OF AMERICA) and MATSUSHITA ELECTRICAL INDUSTRIAL CO., LTD., | |
| 5 | |
| 6 | |
| 7         Plaintiff, | Case No. C 05 4844 MJJ (Related to 05-4837) |
| 8       v. | |
| 9  PATRIOT SCIENTIFIC CORPORATION, CHARLES H. MOORE, TECHNOLOGY PROPERTIES LIMITED, INC., and DANIEL E. LECKRONE, | |
| 10 | |
| 11 | |
|    Defendants. | |
| 12 | |
| 13  JVC AMERICAS CORPORATION, | |
| 14         Plaintiff, | |
| 15       v. | Case No. C 05 4845 MJJ (Related to 05-4837) |
| 16  PATRIOT SCIENTIFIC CORPORATION, CHARLES H. MOORE, TECHNOLOGY PROPERTIES LIMITED, INC., and DANIEL E. LECKRONE, | |
| 17 | |
| 18 | |
|    Defendants. | |
| 19 | |
| 20  NEC CORPORATION, NEC ELECTRONICS AMERICA, INC., NEC AMERICA, INC., NEC DISPLAY SOLUTIONS OF AMERICA, INC., NEC SOLUTIONS (AMERICA), INC., NEC UNIFIED SOLUTIONS, INC., | |
| 21 | |
| 22 | |
| 23         Plaintiffs, | Case No. C 05 4847 MJJ (Related to 05-4837) |
| 24       v. | |
| 25  TECHNOLOGY PROPERTIES LIMITED, INC., CHARLES H. MOORE, and PATRIOT SCIENTIFIC CORPORATION, | |
| 26 | |
| 27  Defendants. | |
| 28 | |

1  **WHEREAS** defendant Technology Properties Limited, Inc. ("TPL") filed
2  Motions to Dismiss, Transfer or Stay in Case Nos. 05-4837, 05-4838, 05-4844, 05-4845 and 05-
3  4847 (hereafter the "Related Actions");

4  **WHEREAS** the Court set a hearing for the motion filed in Case No. 05-4837 for
5  February 28, 2006 at 9:30 a.m.;

6  **WHEREAS** TPL subsequently renoticed the hearings for the motions in Case
7  Nos. 05-4838, 05-4844, 05-4845 and 05-4847 for that same date and time;

8  **WHEREAS** counsel for the Toshiba Plaintiffs in Case No. 05-4838 has an
9  irreconcilable conflict on that date; and

10  **WHEREAS** the parties have met and conferred regarding an alternative hearing
11  for the motions in the Related Actions, and all parties are available on March 14, 2006;

13  **NOW THEREFORE** the parties hereby stipulate, and respectfully request that the
14  Court order, as follows:

15      1.  The hearing on the Motions to Dismiss, Transfer or Stay in Case Nos. 05-
16  4837, 05-4838, 05-4844, 05-4845 and 05-4847 shall be continued to March 14, 2006 at 9:30 a.m.

18  **IT IS SO STIPULATED.**

| Dated: February 22, 2006 | TOWNSEND AND TOWNSEND AND CREW LLP |
|---|---|
|  | By: _____/s/_____<br>Roger L. Cook (State Bar No. 55208)<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111<br>Tel: (415) 576-0200<br>Fax: (415) 576-0300<br><br>Attorney for Defendants<br>TECHNOLOGY PROPERTIES LTD., INC. AND<br>DANIEL E. LECKRONE |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | KIRBY NOONAN LANCE & HOGE LLP<br><br>By: _____/s/_____<br>Charles T. Hoge (State Bar No. 55208)<br>600 West Broadway, Suite 1100<br>San Diego, California 92101-3387<br>Tel: (619) 231-8666<br>Fax: (619) 231-9593<br><br>Attorney for Defendant<br>PATRIOT SCIENTIFIC CORPORATION |
| 9<br>10<br>11<br>12<br>13<br>14<br>15 | HENNEMAN & SAUNDERS<br><br>By: _____/s/_____<br>F. Eric Saunders (State Bar No. 87686)<br>3081 Ponderosa Road<br>P.O. Box 2215<br>Arnold, CA 95223<br>Tel: (209) 795-6650<br>Fax: (209) 795-6659<br><br>Attorneys for Defendant<br>CHARLES H. MOORE |
| 16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | MORRISON & FOERSTER LLP<br><br>By: _____/s/_____<br>Alison Tucher<br><br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-7500<br>Facsimile: (415) 268-7522<br><br>Attorneys for Plaintiffs in Case No. 05-4837:<br><br>FUJITSU COMPUTER SYSTEMS CORPORATION;<br>FUJITSU LIMITED; FUJITSU COMPUTER<br>PRODUCTS OF AMERICA, INC.; FUJITSU<br>MICROELECTRONICS AMERICA, INC.; FUJITSU<br>GENERAL AMERICA, INC.; FUJITSU TEN<br>CORPORATION OF AMERICA |

| | |
|---|---|
| 1 | WHITE & CASE LLP |
| 2 | |
| 3 | By: _____/s/_____<br>Mark R. Weinstein (State Bar No. 193043) |
| 4 | WHITE & CASE, LLP<br>3000 El Camino Real |
| 5 | Five Palo Alto Square, Ninth Floor<br>Palo Alto, CA 94306 |
| 6 | Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158 |
| 7 | |
| 8 | Attorney For Plaintiffs in Case No. 05-4837: |
| 9 | TOSHIBA AMERICA, INC.; TOSHIBA<br>CORPORATION; TOSHIBA AMERICA |
| 10 | INFORMATION SYSTEMS, INC.; TOSHIBA<br>AMERICA CONSUMER PRODUCTS, L.L.C.; AND |
| 11 | TOSHIBA AMERICA ELECTRONIC<br>COMPONENTS, INC. |
| 12 | |
| 13 | WEIL, GOTSHAL & MANGES LLP |
| 14 | |
| 15 | By: _____/s/_____<br>Perry Clark (Bar No. 197101) |
| 16 | WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office |
| 17 | 201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 |
| 18 | Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100 |
| 19 | Attorney for Plaintiffs in Case No. 05-4844: |
| 20 | PANASONIC CORPORATION OF NORTH<br>AMERICA and MATSUSHITA ELECTRICAL |
| 21 | INDUSTRIAL CO., LTD. |
| 22 | |
| 23 | WEIL, GOTSHAL & MANGES LLP |
| 24 | |
| 25 | By: _____/s/_____<br>Perry Clark (Bar No. 197101) |
| 26 | WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office |
| 27 | 201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 |
| 28 | Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100 |

| | |
|---|---|
| | Attorney for Plaintiff in Case No. 05-4845: |
| | JVC AMERICAS CORPORATION |
| | FOLEY & LARDNER LLP |
| | By: _____/s/_____ |
| | DAVID B. MOYER, BAR NO. 197739<br>**FOLEY & LARDNER LLP**<br>ATTORNEYS AT LAW<br>1530 PAGE MILL ROAD<br>PALO ALTO, CA 94304<br>TELEPHONE: (650) 251-1114<br>FAX: (650) 856-3710 |
| | Attorneys for Plaintiffs in Case No. 05-4847: |
| | NEC CORPORATION, NEC ELECTRONICS AMERICA, INC., NEC AMERICA, INC., NEC DISPLAY SOLUTIONS OF AMERICA, INC., NEC SOLUTIONS (AMERICA), INC., NEC UNIFIED SOLUTIONS, INC. |

Pursuant to General Order 45.X, I, Mark R. Weinstein, hereby certify that all parties in Case Nos. 05-4837, 05-4838, 05-4844, 05-4845 and 05-4847 have concurred in this filing.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/23/2006

_____
The Honorable Martin J. Jenkins
United States District Judge