1  HAROLD J. MCELHINNY (CA SBN 66781)
   ALISON M. TUCHER (CA SBN 171363)
2  HMcElhinny@mofo.com
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California  94105-2482, U.S.A.
4  Telephone: 415.268.7000
   Facsimile: 415.268.7522
5
   ALAN COPE JOHNSTON (CA SBN 66334)
6  ACJohnston@mofo.com
   MORRISON & FOERSTER LLP
7  AIG Building, 11th Floor
   1-3, Marunouchi 1-Chome
8  Tokyo, Chiyoda-ku  100-0005
   Telephone: +81 3 3214 6522
9  Facsimile: +81 3 3214 6512

10 Attorneys for Plaintiffs

11 FUJITSU COMPUTER SYSTEMS CORPORATION
   FUJITSU LIMITED
12 FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.
   FUJITSU MICROELECTRONICS AMERICA, INC.
13 FUJITSU GENERAL AMERICA, INC.
   FUJITSU TEN CORPORATION OF AMERICA

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19  FUJITSU COMPUTER SYSTEMS CORPORATION; FUJITSU LIMITED; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.; FUJITSU MICROELECTRONICS AMERICA, INC.; FUJITSU GENERAL AMERICA, INC.; FUJITSU TEN CORPORATION OF AMERICA, <br><br>                  Plaintiffs, <br><br>       v. <br><br> PATRIOT SCIENTIFIC CORPORATION; TECHNOLOGY PROPERTIES LIMITED, INC.; CHARLES H. MOORE, <br><br>                  Defendants. | Case No. C 05-4837 (MJJ) <br> Granted <br> **STIPULATION AND ORDER DISMISSING ACTION** |

28

STIPULATION AND ORDER DISMISSING ACTION
CASE NO. C 05-4837 (MJJ)

**STIPULATION**

The parties, through their respective undersigned counsel, and in accordance with and subject to the terms of the Settlement Agreement dated February 24, 2006, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that this action shall be dismissed without prejudice and that each party is to bear its own costs and fees incurred in connection with this matter.

Dated: March 1, 2006

HAROLD J. MCELHINNY
ALAN COPE JOHNSTON
MORRISON & FOERSTER LLP

By: /s/ Alan Cope Johnston
 Alan Cope Johnston

Attorneys for Plaintiffs FUJITSU COMPUTER SYSTEMS CORPORATION FUJITSU LIMITED; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.; FUJITSU MICROELECTRONICS AMERICA, INC.; FUJITSU GENERAL AMERICA, INC.; FUJITSU TEN CORPORATION OF AMERICA

Dated: March 1, 2006

CHARLES HOGE
POST KIRBY NOONAN & SWEAT LLP

By: /s/ Charles Hoge
 Charles Hoge (CSB 110696)
 600 West Broadway, Suite 1100
 San Diego, CA 92101
 Tel: 619-231-8666
 Email: hoge@pkns.com

Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

Dated: March 1, 2006

ROGER L. COOK
IRIS SOCKEL MITRAKOS
TOWNSEND & TOWNSEND & CREW

By: /s/ Roger L. Cook
 Roger L. Cook
 Two Embarcadero Center, 8th Floor
 San Francisco, CA 94111
 Tel: (415) 576-0200; Fax: (415) 576-0300

Attorneys for Defendant TECHNOLOGY PROPERTIES LIMITED, INC.

STIPULATION AND ORDER DISMISSING ACTION
CASE NO. C 05-4837 (MJJ)

1

| | | |
|---|---|---|
| 1 | Dated: March 1, 2006 | F. ERIC SAUNDERS<br>HENNEMAN & SAUNDERS |
| 2 | | |
| 3 | | By: _/s/ F. Eric Saunders_<br>F. Eric Saunders  *ferics@sbuc.net* |
| 4 | | 3081 Ponderosa Road<br>P.O. Box 2215 |
| 5 | | Arnold, CA 95223<br>Tel:   (209) 795-6650<br>Fax:   (209) 795-6659 |
| 6 | | |
| 7 | | Attorneys for Defendant<br>CHARLES H. MOORE |

STIPULATION AND ORDER DISMISSING ACTION
CASE NO. C 05-4837 (MJJ)

2

# ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED and DECREED that this action be dismissed without prejudice, each party to bear it own fees and costs associated with said action.

**IT IS SO ORDERED.**

Dated: 3/2/2006

_____
Honorable Martin J. Jenkins
United States District Court Judge

STIPULATION AND ORDER DISMISSING ACTION
CASE NO. C 05-4837 (MJJ)

3

**GENERAL ORDER 45 ATTESTATION**

I, Roger L. Cook , am the ECF user whose ID and password are being used to file this STIPULATION AND ORDER DISMISSING ACTION.  In compliance with General Order 45, X.B., I hereby attest that F. Eric Saunders, Charles Hoge and Alan Cope Johnston have concurred in this filing.

/s/ Roger L. Cook

60712080 v1

STIPULATION AND ORDER DISMISSING ACTION
CASE NO. C 05-4837 (MJJ)

1